Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie A. Priser,<br><br>    Plaintiff,<br><br>v.<br><br>NCB Management Services, Inc.,<br><br>    Defendant. | No. CV13-0657-TUC-JR<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED:  August 7, 2013  .

     s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

Copy of the foregoing mailed
 August 7, 2013  to:

Andrew Blady
General Counsel
NCB Management Services, Inc.
One Allied Drive
Trevose, PA 19053
Defendant

by  Floyd W. Bybee